Prepared by State Reporter from Appeal Papers

DONNA ABT, Respondent, *v.* BUFFALO AND ERIE RAILWAY COMPANY, Appellant.

HOWARD G. ABT, Respondent, *v.* BUFFALO AND ERIE RAILWAY COMPANY, Appellant.

*Negligence — railroads — passengers — injury to passenger through collision of two cars.*

*Abt* v. *Buffalo & Erie Ry. Co.* (2 cases), 218 App. Div. 814, affirmed. (Argued June 21, 1927; decided July 20, 1927.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second, by the husband of the plaintiff in the first action, was to recover for loss of services and expense arising from her injuries. The injuries were received as the result of a collision between the car in which plaintiff was riding as a passenger and another car, both belonging to defendant.

*Thomas R. Wheeler* and *William M. Fay* for appellant.

*Dana L. Spring* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.

---

REBECCA KOSSCWER, as Administratrix of the Estate of ISAAC KOSSOWER, Deceased, Respondent, *v.* KEREN CORPORATION, Appellant.

*Negligence — elevators — death from fall down elevator shaft.*

*Kossower* v. *Keren Corp.*, 219 App. Div. 780, affirmed. (Argued June 21, 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,